CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 20 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES MADISON MCCAULEY,  Plaintiff, | Civil Action No. 7:07-cv-00551 |
| v. | FINAL ORDER |
| KATHLEEN J. BASSETT, WARDEN,  Defendant. | By: Hon. James C. Turk  Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's request for interlocutory injunctive relief is hereby **DENIED**; and this action, which the court construes as a civil rights action, pursuant to 42 U.S.C. § 1983, shall be and hereby is **DISMISSED** without prejudice, pursuant to 48 U.S.C. § 1997e(a) and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 20th day of November, 2007.

/s/ James C. Turk
Senior United States District Judge